In re Petition to Annex Certain Unincorporated Territory to the Village of Arlington Heights, Illinois. Albert M. Vidmar, et al., Petitioners-Appellants, v. The Village of Arlington Heights, a Municipal Corporation, L. A. Hanson, Village Manager of the Village of Arlington Heights, and John G. Woods, Village President of the Village of Arlington Heights, Respondents-Appellees.

Gen. No. 50,095. 

First District, Third Division.

December 2, 1965.

 Reynolds and Helm, of Chicago (Earl R. Reynolds, of Counsel), for appellants; Ross, Hardies, O'Keefe, Babcock, McDugald & Parsons, of Chicago (Jack M. Siegel, of Counsel), for appellees. Opinion by JUSTICE SULLIVAN. Not to be published in full.